JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATIBA CLARKE, on behalf of himself and others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC; and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-04708-DSF-AGRx<br><br>**ORDER DISMISSING ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Based on the Joint Stipulation submitted by Plaintiff Atiba Clarke and Defendant Universal City Studios LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed in its entirety. The claims of all putative class members (other than Plaintiff) are hereby dismissed without prejudice. Plaintiff's individual claims are hereby dismissed with prejudice. Each party shall bear his/its own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 17, 2023

_____
DALE S. FISCHER
United States District Judge